```
                          United States Bankruptcy Court
                                 District of Nevada
In re:                                                         Case No. 15-10105-mkn
THOMAS C SMITH                                                 Chapter 7
ANNETTE M SMITH
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 0978-2         User: breareymr            Page 1 of 3         Date Rcvd: Jan 12, 2015
                             Form ID: B9C               Total Noticed: 136


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2015.
db/jdb        +THOMAS C SMITH,    ANNETTE M SMITH,    1930 VILLAGE CENTER CIR. STE. 3-449,
                LAS VEGAS, NV 89134-6299
9303690       +Allred, Rex,    3107 Oxford Lane,    Las Vegas, NV 89121-3328
9303691       +Alter, Addie,    8601 Linderwood Drive,    Las Vegas, NV 89134-8657
9303693       +Azmat, Habiba,    304 Round Stone Ct,    Las Vegas, NV 89145-8002
9303695       +Bennett, Robert,    580 Caribbean Palm Drive,    Las Vegas, NV 89138-7520
9303696       +Bjorkman, Richard,    51 Rattlesnake Grass Ct,    Henderson, NV 89002-3312
9303697       +Blakey, Cheryl,    PO Box 7201,   Woodinville, WA 98072-4001
9303698       +Block, Randy,    1725 Hill Canyon Ln,    Las Vegas, NV 89144-5421
9303699       +Blunk, MJ,    2840 Anteres St,    Las Vegas, NV 89117-7606
9303700       +Bona, Tom,    394 Rushing Creek Ct,    Henderson, NV 89014-4518
9303701       +Brown, Jon,    4913 Virginia Falls Ln,    Las Vegas, NV 89130-5256
9303702        Candelaria, Richard,    Queen Charlotte Dr,    Las Vegas, NV 89145
9303703       +Cepek, Tom,    10304 Luxembourg St,    Las Vegas, NV 89145-8814
9303708       +Check, Judy,    9349 Buckhaven Dr,    Las Vegas, NV 89117-5368
9303709       +Chevron,    Acct No xxxxx4496,    ATTN: BANKRUPTCY DEPT,    PO Box 921729,
                Norcross, GA 30010-1729
9303711       +City of Las Vegas,    Acct No xxx-x0140,    ATTN: BANKRUPTCY DEPT,
                333 N. Rancho Drive, 6th Floor,    Las Vegas, NV 89106-3703
9303712       +City of Las Vegas,    Acct No xxxxxx2222,    ATTN: BANKRUPTCY DEPT,    Dept. of Finance,
                PO BOX 748022,    Los Angeles, CA 90074-8022
9303713       +Clark County Collections,    Acct No xxx6020,    ATTN: BANKRUPTCY DEPT,
                8860 W Sunset Rd Ste 100,    Las Vegas, NV 89148-4899
9303714       +Clark County Collections,    Acct No xxx8859,    ATTN: BANKRUPTCY DEPT,
                8860 W Sunset Rd Ste 100,    Las Vegas, NV 89148-4899
9303716       +Comenitybank/Total Rewards Visa,    Acct No xxxxxxxxxxxx9819,    ATTN: BANKRUPTCY DEPT,
                3100 Easton Square Pl,    Columbus, OH 43219-6232
9303717       +Creagh, Ron and Nancy,    10390 Ness Wood Lane,    Las Vegas, NV 89135-2855
9303718       +Crockett, Steve,    584 Carribean Palm Dr,    Las Vegas, NV 89138-7520
9303719       +DaLuz, John-Paul,    9345 Buckhaven Dr,    Las Vegas, NV 89117-5368
9303720       +Del Taco, Charleston Town Center,    10320 W. Charleston Blvd.,    Las Vegas, NV 89135-1033
9303721       +Denino, Marcia,    6647 S Dapple Gray Rd,    Las Vegas, NV 89148-4800
9303722       +Dept. of Employment, Training & Rehab,    Employment Security Division,    500 East Third Street,
                Carson City, NV 89713-0002
9303723       +Doherty, Carol,    11332 Asilo Bianco Ave,    Las Vegas, NV 89138-7579
9303724       +Dorothy Taylor-Cessna Trust,    c/o Norma Ries,    2013 Amber Stone Court,
                Las Vegas, NV 89134-6690
9303725       +Doucette, Debbie,    4108 Freel Peak Ct,    Las Vegas, NV 89129-3675
9303726       +DuBose, Suzanne,    312 Onyx Crest,    Las Vegas, NV 89145-8710
9303727       +Fenell, Nina,    1675 Hopper Ave,    Santa Rosa, CA 95403-8617
9303728       +First Choice Tree,    ATTN: BANKRUPTCY DEPT,    PO BOX 98295,    Las Vegas, NV 89193-8295
9303729       +Florence Louden,    3020 Sonora St,    Kalamazoo, MI 49004-1127
9303730       +Florentino, Noel,    576 Caribbean Palm Dr,    Las Vegas, NV 89138-7520
9303731       +Fortino, Judy,    4109 Freel Peak Ct,    Las Vegas, NV 89129-3675
9303732       +Freeman, Matt,    10492 Harvest Wind Dr,    Las Vegas, NV 89135-4015
9303733       +French, Quinder,    221 Foley Ln,    Las Vegas, NV 89138-1558
9303734       +Friedman, Harold,    8705 Canyon View Dr,    Las Vegas, NV 89117-5802
9303735       +Gentleman, Jamens and Jenny,    11717 La Mirago Place,    Las Vegas, NV 89138-1581
9303736       +Gostanian, Natalie,    10308 Summits Canyon Dr,    Las Vegas, NV 89144-4339
9303737       +Grob, John,    225 Foley Ln,    Las Vegas, NV 89138-1558
9303738       +Grover A. DuBose, AKA DuBose Fam. Trust,    10716 Bennington Court,    Las Vegas, NV 89134-7466
9303740       +Guinn, Warren and Bernadette,    47 Rattlesnake Grass Ct,    Henderson, NV 89002-3311
9303741       +Guzman, Peter,    4515 Palisades Canyon Circle,    Las Vegas, NV 89129-5364
9303742       +Heart Center of Nevada,    Acct No xx8630,    ATTN: BANKRUPTCY DEPT,    700 Shadow Lane #240,
                Las Vegas, NV 89106-4158
9303743       +Herschaft, Edward,    2150 Spurs Ct,    Las Vegas, NV 89135-1136
9303744       +Hibben, Mary and Richard,    2830 Montessouri St,    Las Vegas, NV 89117-3052
9303745       +Hillegass, Matt and Michelle,    3225 Bishop Pine,    Las Vegas, NV 89129-8129
9303747       +IPC Of Nevada,    Acct No x74.70,    ATTN: BANKRUPTCY DEPT,    PO BOX 51346,
                Los Angeles, CA 90051-5646
9303748       +Johnson, Connie,    9601 Queen Charlotte,    Las Vegas, NV 89145-8674
9303749       +Johnson, William and Martha,    9525 Cedar Heights,    Las Vegas, NV 89134-0196
9303750       +Joseph, Ben,    501 Ruby Vista Ct,    Las Vegas, NV 89144-4101
9303751       +Kalsee Credit Union,    Acct No xxxxxxxxxxxx9563,    ATTN: BANKRUPTCY DEPT,    Po Box 3006,
                Kalamazoo, MI 49003-3006
9303752       +Kennedy, Jill,    9075 Iron Cactus Ave,    Las Vegas, NV 89148-5124
9303753       +Kolling, Michael,    5621 Dover Dr,    Lisle, IL 60532-2716
9303754       +Kraft, Amy,    3948 Eiderdown Pl,    North Las Vegas, NV 89084-2657
9303755       +Kraft, Ken and Kathy,    6713-2 Lookout Lodge Ln,    North Las Vegas, NV 89084-3322
9303756       +Kramer, Bob and Shirley,    10241 Alessandro,    Las Vegas, NV 89134-2600
9303757       +LAACO, Ltd., Storage West,    Attn: Accounts Payable,    431 W. 7th St.,
                Los Angeles, CA 90014-1601
9303758       +LaPin, Art,    9429 Queen Charlotte,    Las Vegas, NV 89145-8707
```

```
District/off: 0978-2           User: breareymr              Page 2 of 3                   Date Rcvd: Jan 12, 2015
                               Form ID: B9C                 Total Noticed: 136

  9303759       Las Vegas Surgical Associates LLP,    Acct No x1583,    ATTN: BANKRUPTCY DEPT,
                 9811 W. Charleston Blvd #2640,    Las Vegas, NV 89117-7528
  9303760      +Law, Kim,    7700 Four Seasons Dr,    Las Vegas, NV 89129-5605
  9303761      +Liebert, Kathy,    3228 Bishop Pine,    Las Vegas, NV 89129-8129
  9303762      +Long, Monique,    9123 Claretta Dr,    Las Vegas, NV 89129-7011
  9303763      +MacDonald, Erin,    c/o Gerety & Associates CPA's,    6817 S Eastern Ave #101,
                 Las Vegas, NV 89119-4684
  9303764      +Manz, Olvian,    9401 Queen Charlotte,    Las Vegas, NV 89145-8708
  9303765      +May, Teresa,    29707 Hansel Dr,    Boerne, TX 78015-4598
  9303766      +McBeath, Terry,    9600 Grand Isle Ln,    Las Vegas, NV 89144-0840
  9303767      +Merritt, Betty and Rene,    12 Tapadero Ln,    Las Vegas, NV 89135-7852
  9303768      +Morris, Bruce,    3229 Bishop Pine,    Las Vegas, NV 89129-8129
  9303769      +Morris, Donita,    3229 Bishop Pine,    Las Vegas, NV 89129-8129
  9303770      +Muratore, Mary Wells,    8308 Paseo Vista Dr,    Las Vegas, NV 89128-8243
  9303771      +Myers, Brad & Courtney,    705 Point Ridge Pl,    Las Vegas, NV 89145-8812
  9303772      +Nahin, Barry and Lauren,    9409 Garnet Crown,    Las Vegas, NV 89145-8000
  9303773      +Nationstar Mortgage,    Acct No xxxxxx1438,    ATTN: BANKRUPTCY DEPT,    PO BOX 650783,
                 Dallas, TX 75265-0783
  9303774      +Naylor, Emilia,    2108 Springstead,    Las Vegas, NV 89134-2598
  9303776      +O'Brien, Clare,    10713 Bennington Ct.,    Las Vegas, NV 89134-7467
  9303777      +O'Brien, Marily,    3117 Budding Blossom,    Las Vegas, NV 89108-4368
  9303778      +Office Furniture Concepts,    4325 W. Tropicana Ave,    Las Vegas, NV 89103-5413
  9303780      +One Nevada Credit Union,    Acct No xxxxxxx5840,    ATTN: BANKRUPTCY DEPT,    2645 S Mojave Rd,
                 Las Vegas, NV 89121-1238
  9303781      +One Nevada Credit Union,    Acct No xxxxxxx5841,    ATTN: BANKRUPTCY DEPT,    2645 S Mojave Rd,
                 Las Vegas, NV 89121-1238
  9303779      +One Nevada Credit Union,    Acct No xxxxxxx5843,    ATTN: BANKRUPTCY DEPT,    2645 S Mojave Rd,
                 Las Vegas, NV 89121-1238
  9303782      +One Nevada Credit Union,    Acct No xxxxxxxxxxxx6705,    ATTN: BANKRUPTCY DEPT,
                 2645 S Mojave Rd,    Las Vegas, NV 89121-1238
  9303783      +Panzera, Donna,    552 Jade Cliffs Ln,    Las Vegas, NV 89144-4133
  9303784      +Prabhu, Vidya,    404 Club Ct,    Las Vegas, NV 89144-0838
  9303785      +Pulmonary Specialist Group of Nevada,    Acct No xx0250,    ATTN: BANKRUPTCY DEPT,    PO Box 7458,
                 Reno, NV 89510-7458
  9303786       Radiology Specialists,    Acct No xx1455,    ATTN: BANKRUPTCY DEPT,    PO BOX 50709,
                 Henderson, NV 89016-0709
  9303787      +Rain of Las Vegas,    Acct No xx9419,    ATTN: BANKRUPTCY DEPT,    3448 S. Decatur Blvd.,
                 Las Vegas, NV 89102-8150
  9303788      +Randall, Johnnie,    11609 Cameo Ave,    Las Vegas, NV 89138-3022
  9303789      +Rawling, Katharine,    5122 Spanish Hills Dr,    Las Vegas, NV 89148-1410
  9303790      +Rawling, Zach,    1717 Enclave Ct,    Las Vegas, NV 89134-6196
  9303791      +Reade, Rosemary and George,    5 Lockhaven Ct,    Henderson, NV 89074-1542
  9303796      +Reyes, Eugenie,    10379 Ness Wood Ln,    Las Vegas, NV 89135-2855
  9303797      +Riedy, Marci and Terry,    9801 Queen Charlotte,    Las Vegas, NV 89145-8677
  9303798      +Robert and Shirley Kramer,    10241 Alessandro Ave,    Las Vegas, NV 89134-2600
  9303799      +Robson, Ladonna,    10112 Los Padres Pl,    Las Vegas, NV 89134-6912
  9303800      +Ruderman, Rick and Margie,    9428 Queen Charlotte,    Las Vegas, NV 89145-8707
  9303801      +Salz, Judy,    9432 Queen Charlotte,    Las Vegas, NV 89145-8707
  9303802      +Select Services,    Acct No x0400,    ATTN: BANKRUPTCY DEPT,    5541 Cameron Street,
                 Las Vegas, NV 89118-2206
  9303803      +Shiode, Deena,    2832 Sterling Cove Dr,    Las Vegas, NV 89128-7744
  9303804      +Slafka, Bob and Mary Lou,    4101 Springhill Ave,    Las Vegas, NV 89121-6332
  9303805      +Smith, Bob,    2113 Fawn Ridge,    Las Vegas, NV 89134-2561
  9303806      +Southern Hills Hospital and Medical Cent,    Acct No xxxxxxx2446,    ATTN: BANKRUPTCY DEPT,
                 PO BOX 99400,    Louisville, KY 40269-0400
  9303807      +Spector, Ramona,    6354 Sycamore Meadows Dr,    Malibu, CA 90265-4439
  9303808      +Spinella, Natasha and Richard,    9813 Edgeview Pl,    Las Vegas, NV 89134-6692
  9303810      +Stern, Heidi,    995 Roseberry Dr,    Las Vegas, NV 89138-7580
  9303813      +Toussaint, Donna,    3012 Island View Ct,    Las Vegas, NV 89117-3508
  9303814      +Tuite, Greg,    7351 Brook Crest,    Las Vegas, NV 89131-3379
  9303816      +Vaughn, Kathy,    10175 Spider Rock Ave,    Las Vegas, NV 89135-2165
  9303817      +Vista Rock,    ATTN: BANKRUPTCY DEPT,    951 East Wigwam Pkwy,    Henderson, NV 89014-6771
  9303818      +Weiner, Maryann,    11022 Onslow Ct,    Las Vegas, NV 89135-2228
  9303819      +Wells, Jeanne,    220 Foley Ln,    Las Vegas, NV 89138-1558
  9303820      +Wexler, Dan and Lucille,    4921 Virgina Falls,    Las Vegas, NV 89130-5256
  9303821      +Williams, Michael,    7409 Cypress Grove Ct,    Las Vegas, NV 89129-5962
  9303822      +Wilson, Walter,    8168 Horseshoe Bend Ln,    Las Vegas, NV 89113-0135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
  aty            E-mail/Text: randersen@andersenlawlv.com Jan 13 2015 01:57:54      RYAN A. ANDERSEN,
                 ANDERSEN LAW FIRM, LTD.,    415 SO 6TH ST., 2ND FLR, #203-B,    LAS VEGAS, NV  89101
  tr            +EDI: BSDKROHN.COM Jan 13 2015 01:48:00      SHELLEY D. KROHN,    228 S. 4th STREET, STE 300,
                 LAS VEGAS, NV 89101-5709
  ust           +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Jan 13 2015 01:58:18      U.S. TRUSTEE - LV - 7,
                 300 LAS VEGAS BOULEVARD, SO.,    SUITE 4300,    LAS VEGAS, NV 89101-5803
  9303692       +E-mail/Text: mariac@immilv.com Jan 13 2015 01:58:35      Anesthesiology Consultants,
                 Acct No xxxx5664,    ATTN: BANKRUPTCY DEPT,    7220 S. Cimsrron Rd #230,
                 Las Vegas, NV 89113-2173
  9303694        EDI: BANKAMER2.COM Jan 13 2015 01:48:00      Bank of America,    Acct No xxxxx6512,
                 ATTN: BANKRUPTCY DEPT,    475 Cross Point Pkwy,    PO BOX 9000,    Getzville, NY 14068-9000
```

```
District/off: 0978-2          User: breareymr            Page 3 of 3           Date Rcvd: Jan 12, 2015
                              Form ID: B9C               Total Noticed: 136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
9303706        EDI: CHASE.COM Jan 13 2015 01:48:00      Chase Bank,   Acct No xxxx-xxxx-xxxx-0033,
               ATTN: BANKRUPTCY DEPT,   PO Box 15298,   Wilmington, DE 19850-5298
9303707        EDI: CHASE.COM Jan 13 2015 01:48:00      Chase Bank,   Acct No xxxx-xxxx-xxxx-4572,
               ATTN: BANKRUPTCY DEPT,   PO Box 15298,   Wilmington, DE 19850-5298
9303705       +EDI: CHASE.COM Jan 13 2015 01:48:00      Chase Bank,   Acct No xxxxxxxxxxxx4506,
               ATTN: BANKRUPTCY DEPT,   Po Box 15298,   Wilmington, DE 19850-5298
9303704       +EDI: CHASE.COM Jan 13 2015 01:48:00      Chase Bank,   Acct No xxxxxxxxxxxx3579,
               ATTN: BANKRUPTCY DEPT,   Po Box 15298,   Wilmington, DE 19850-5298
9303710       +EDI: CITICORP.COM Jan 13 2015 01:48:00      Citi Bank,   Acct No xxxxxxxxxxxx6645,
               ATTN: BANKRUPTCY DEPT,   Po Box 6241,   Sioux Falls, SD 57117-6241
9303715        E-mail/Text: CPLBilling@cpllabs.com Jan 13 2015 01:58:23      Clinical Pathology Laboratories,
               Acct No xxxxx188A,   ATTN: BANKRUPTCY DEPT,   PO BOX 141669,   Austin, TX 78714-1669
9303746        EDI: IRS.COM Jan 13 2015 01:48:00      Internal Revenue Service,   PO Box 7346,
               Philadelphia, PA 19101-7346
9303775       +E-mail/Text: marambula@tax.state.nv.us Jan 13 2015 01:58:54      Nevada Department of Taxation,
               Bankruptcy Section,   555 E. Washington Ave., #1300,   Las Vegas, NV 89101-1046
9303795        E-mail/Text: RSSNBankruptcy@repsrv.com Jan 13 2015 01:58:22      Republic Services,
               Acct No x-xxxx-xxx0182,   ATTN: BANKRUPTCY DEPT,   P.O. Box 98508,   Las Vegas, NV 89193-8508
9303793        E-mail/Text: RSSNBankruptcy@repsrv.com Jan 13 2015 01:58:22      Republic Services,
               Acct No x-xxxx-xxx5903,   ATTN: BANKRUPTCY DEPT,   P.O. Box 98508,   Las Vegas, NV 89193-8508
9303794        E-mail/Text: RSSNBankruptcy@repsrv.com Jan 13 2015 01:58:22      Republic Services,
               Acct No x-xxxx-xxx6581,   ATTN: BANKRUPTCY DEPT,   P.O. Box 98508,   Las Vegas, NV 89193-8508
9303792        E-mail/Text: RSSNBankruptcy@repsrv.com Jan 13 2015 01:58:22      Republic Services,
               Acct No x-xxxx-xxx8185,   ATTN: BANKRUPTCY DEPT,   P.O. Box 98508,   Las Vegas, NV 89193-8508
9303809       +E-mail/Text: bobbiejo@starnursery.com Jan 13 2015 01:58:39      Star Nursery,   Acct No T-400,
               ATTN: BANKRUPTCY DEPT,   125 Cassia Way,   Henderson, NV 89014-6616
9303811       +EDI: RMSC.COM Jan 13 2015 01:48:00      Synchrony Bank/Care Credit,   Acct No xxxxxxxxxxxx9349,
               ATTN: BANKRUPTCY DEPT,   950 Forrer Blvd,   Kettering, OH 45420-1469
9303812       +EDI: CITICORP.COM Jan 13 2015 01:48:00      The Home Depot/Cbna,   Acct No xxxxxxxxxxxx6637,
               ATTN: BANKRUPTCY DEPT,   Po Box 6497,   Sioux Falls, SD 57117-6497
9303815       +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Jan 13 2015 01:58:18      United States Trustee,
               300 Las Vegas Blvd. South #4300,   Las Vegas, NV 89101-5803
                                                                                               TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9303739*      +Grover A. DuBose, AKA DuBose Fam. Trust,   10716 Bennington Court,   Las Vegas, NV 89134-7466
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2015 at the address(es) listed below:

```
              RYAN A. ANDERSEN    on behalf of Joint Debtor ANNETTE M SMITH randersen@andersenlawlv.com,
               randersen@pacernotice.com;mvantusko@pacernotice.com
              RYAN A. ANDERSEN    on behalf of Debtor THOMAS C SMITH randersen@andersenlawlv.com,
               randersen@pacernotice.com;mvantusko@pacernotice.com
              SHELLEY D. KROHN    shelley.trusteekrohn@7trustee.net,
               NV27@ecfcbis.com;becca.trusteekrohn@7trustee.net
              U.S. TRUSTEE - LV - 7    USTPRegion17.LV.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

B9C (Official Form 9C) (Chapter 7 Individual or Joint Debtor Asset Case) (12/12)   Case Number **15–10105–mkn**

UNITED STATES BANKRUPTCY COURT District of Nevada

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/9/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. Case documents may be viewed at www.nvb.uscourts.gov.

**Important Notice to Debtors:** Debtors who are individuals must provide government–issued photo identification and proof of social security number at the meeting of creditors. Failure to do so may result in dismissal of their case.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| THOMAS C SMITH<br>1930 VILLAGE CENTER CIR. STE. 3–449<br>LAS VEGAS, NV 89134 | ANNETTE M SMITH<br>fdba THOROUGHBRED LAWN CARE<br>1930 VILLAGE CENTER CIR. STE. 3–449<br>LAS VEGAS, NV 89134 |
| Case Number:<br>15–10105–mkn<br>Judge: MIKE K. NAKAGAWA | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–4098<br>xxx–xx–2210 |
| Attorney for Debtor(s) (name and address):<br>RYAN A. ANDERSEN<br>ANDERSEN LAW FIRM, LTD.<br>415 SO 6TH ST., 2ND FLR, #203–B<br>LAS VEGAS, NV 89101<br>Telephone number: (702) 522 1992 | Bankruptcy Trustee (name and address):<br>SHELLEY D. KROHN<br>228 S. 4th STREET, STE 300<br>LAS VEGAS, NV 89101<br>Telephone number: 702–421–2210 |

## Meeting of Creditors

Date: **February 11, 2015**          Time: **10:00 AM**
Location: **300 Las Vegas Blvd., South, Room 1500, Las Vegas, NV 89101**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **5/12/15**          For a governmental unit: **180 days after relief entered.**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 4/13/15**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Telephone number: (702) 527–7000 | For the Court:<br>Clerk of Court:<br>*Mary A Schott*<br>Mary A. Schott |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 1/12/15 |

**EXPLANATIONS**                                                             **B9C (Official Form 9C) (12/12)**

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A PROOF OF CLAIM MAY BE FILED ELECTRONICALLY AT THE BANKRUPTCY COURT'S WEBSITE (http://www.nvb.uscourts.gov) or a Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office or at www.nvb.uscourts.gov. |
| Liquidation of the Debtor's Property and Payment of Creditors' Claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To make sure you receive any share of that money, you must file a Proof of Claim, as described above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices